# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHES BANK NATIONAL TRUST COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>BRENDAN ALVAREZ SIERRA,<br><br>Defendant. | Case No.  1:15-cv-00778-JAM-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE REMANDED TO STATE COURT<br><br>ECF NO. 5 |

On May 27, 2015, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that this action be remanded to state court. (ECF No. 5.)  The Findings and Recommendations contained notice that any objections were to be filed within twenty-one (21) days.  To date, no party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The May 27, 2015 Findings and Recommendations are ADOPTED IN FULL; and

/ / /

2. This action is REMANDED to state court.

DATED: July 7, 2015

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE